# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SUSANA LIZCANO GONZALEZ,** | |
| Plaintiff, | **8:24CV366** |
| vs. | **SECOND AMENDED CASE PROGRESSION ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,** | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulation to Extend the Progression Order (Filing No. 36). After review of the parties' stipulation, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend the Progression Order (Filing No. 36) is granted, and the amended case progression order is amended as follows:

1) The status conference set for February 4, 2026, is cancelled. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **July 8, 2026,** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) Experts:

    a. The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    | | |
    |---|---|
    | For the plaintiff: | **July 8, 2026** |
    | For the defendant: | **August 6, 2026** |
    | Plaintiff's rebuttal: | **August 24, 2026** |

    b. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **September 16, 2026**.

3) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **August 17, 2026**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **September 3, 2026**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

4) The planning conference set for March 25, 2026, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **September 23, 2026**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **September 25, 2026**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **fifteen (15).**

6) The deadline for filing motions to dismiss and motions for summary judgment is **October 23, 2026**.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 10th day of December, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge