**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **SUSANA LIZCANO GONZALEZ,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>**Defendant.** | **8:24CV366**<br><br>**FOURTH AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the Motion to Extend Progression Order (Filing No. 56). After review of the motion and conferring with the parties, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Motion Extend Progression Order (Filing No. 56) is granted, and the third amended case progression order is amended as follows:

1) The status conference and motion hearing set for November 19, 2026, are cancelled. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **December 16, 2026,** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) Experts:

   a. The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff: | **January 8, 2027** |
| For the defendant: | **February 5, 2027** |
| Plaintiff's rebuttal: | **February 24, 2027** |

   b. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **March 16, 2027**.

3) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **February 17, 2027**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **March 3, 2027**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

4) The planning conference set for January 6, 2027, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **April 7, 2027**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **April 7, 2027**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **fifteen (15).**

6) The deadline for filing motions to dismiss and motions for summary judgment is **April 30, 2027**.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of November, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge